

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-91,755-01

### EX PARTE LOUIE ROLAND GARCIA, Applicant

### ON APPLICANT'S APPLICATION FOR A WRIT OF HABEAS CORPUS IN CAUSE NO. 2017CR12158-W1 FROM THE 226TH DISTRICT COURT BEXAR COUNTY

**YEARY, J., filed a concurring opinion.**

### <u>CONCURRING OPINION</u>

The Court remands this post-conviction application for writ of habeas corpus for further factual development and findings on Applicant's claim of actual innocence. TEX. CODE CRIM. PROC. art. 11.07. I concur in the remand. I note that Applicant has also made a colorable allegation that the State used false evidence against him to obtain his plea, as well as a claim that his plea of no contest was involuntary. In its per curiam order, the Court authorizes the convicting court to "make any other findings and conclusions that it deems appropriate in response to Applicant's claims." Order at 2. With the understanding that this authorization is broad enough to permit additional factual development on Applicant's other colorable claims, as may be appropriate, I join the Court's order.

FILED:               November 18, 2020
DO NOT PUBLISH